**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARIA E. PICCIRILLO,**

        **Plaintiff,**

**-vs-**                            **Case No. 6:05-cv-1133-Orl-28DAB**

**FLORIDA HOMES REALTY, LLC,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Joint Motion for Approval of Proposed Settlement (Doc. No. 27) filed March 9, 2006.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 21, 2006 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Propped Settlement (Doc. No. 27) is **GRANTED.**  The Clerk of Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of April, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party